**Daniel P. Larsen**, OSB No. 943645
E-mail: dlarsen@buchalter.com
**David A. Bernstein**, OSB No. 235633
E-mail: dbernstein@buchalter.com
**BUCHALTER,** A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
T (503) 226-1191

**Thomas J. Speiss, III** (*pro hac vice*)
E-mail: tspeiss@swlaw.com
Snell & Wilmer L.L.P.
350 S. Grand Avenue, Suite 3100
Los Angeles, CA 90071-3420
T (213) 929-2635

    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **GREEN BUILDING INITIATIVE, INC.**, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**GREEN GLOBE INTERNATIONAL, INC.**, a Delaware corporation; **STEVEN R. PEACOCK**, an individual residing in California; **GREEN GLOBE LIMITED**, a company of the United Kingdom; **GREEN CERTIFICATIONS, INC.**, a California corporation; and, DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 3:24-cv-00298-SI<br><br>**DECLARATION OF DANIEL P. LARSEN** |

Page 1   DECLARATION OF DANIEL P. LARSEN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BUCHALTER 106392550v2

I, Daniel P. Larsen, declare as follows:

1. I am one of the attorneys representing Plaintiff Green Building Initiative, Inc. ("GBI" or "Plaintiff"). I have personal knowledge of the facts stated in my declaration, and I am competent to testify regarding them.

2. I have been working on this case with David Bernstein and Tom Speiss from the Snell & Wilmer law firm. I am the supervising Buchalter attorney for David Bernstein in this case. I have worked with David Bernstein for more than two years on several matters, and have found his prior work to be reliable and high quality. Mr. Bernstein has been practicing law for approximately ten years. He came to Buchalter from a large law firm in Ohio. I believe he has been a trusted associate for many attorneys at Buchalter.

3. In this case, we moved on behalf of GBI to strike certain counterclaims asserted by Defendants on the grounds that they violated the Oregon anti-SLAPP statute. This Court granted our motion to strike. Pursuant to the prevailing party attorney fee provision of the anti-SLAPP statute, we then moved for an interim award of attorney fees incurred for the successful anti-SLAPP motion.

4. Mr. Bernstein was tasked with the responsibility of drafting and filing the motion for attorney fees. After Defendants filed an opposition to the motion, Mr. Bernstein was also tasked with the responsibility of drafting and filing a Reply in support of the motion for fees. Co-counsel, Tom Speiss of Snell & Wilmer was not responsible for drafting or filing the Reply. He received a copy of the Reply and did not propose any changes.

5. Mr. Bernstein also provided a draft of the Reply brief to me. I reviewed the Reply brief prepared by Mr. Bernstein for persuasiveness, and did not cite check the authorities in the brief or do other legal research related to the brief. I supervise a number of litigation associates,

Page 2   DECLARATION OF DANIEL P. LARSEN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BUCHALTER 106392550v2

and I am aware of my obligations as a supervising attorney. Given that Mr. Bernstein is a ten-year lawyer, and I have previously found his research and analysis to be thorough and accurate, I trusted his work product, and I believed he would have done all appropriate legal research and correctly cited the cases in the brief.

6. At no time during this case, did Mr. Bernstein inform me that he was using generative artificial intelligence (AI) for any purpose in this case. At no time in any other matter I have worked on with Mr. Bernstein has Mr. Bernstein informed me that he used generative AI for any purpose. At no time did I request or authorize Mr. Bernstein to use generative AI for any purpose in this case, or in any other matter we have worked on together. I believed Mr. Bernstein used Westlaw for any case research, which is a tool available for attorneys at Buchalter to conduct case law research. I have never requested or authorized any associate to use generative AI in any matter for me. As a result, I also never informed our client, GBI, or our co-counsel, Tom Speiss at Snell & Wilmer, that Mr. Bernstein had used generative AI on the Reply brief.

7. I believe Mr. Bernstein is remorseful regarding his lapse of judgment. I believe the firm will use this incident to educate all attorneys regarding the risks of using generative AI and reinforce the need to adhere to the firm policy, which prohibits the use of generative AI tools not approved by the firm, and without the knowledge of supervising attorneys.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 10th day of November, 2025.

/s/ Daniel P. Larsen
Daniel P. Larsen

Page 3   DECLARATION OF DANIEL P. LARSEN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

BUCHALTER 106392550v2