**Daniel P. Larsen**, OSB No. 943645
E-mail: dlarsen@buchalter.com
**David A. Bernstein**, OSB No. 235633
E-mail: dbernstein@buchalter.com
**BUCHALTER,** A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205
T (503) 226-1191

**Thomas J. Speiss, III** (*pro hac vice* admission)
E-mail: tspeiss@swlaw.com
Snell & Wilmer L.L.P.
350 S. Grand Avenue, Suite 310
Los Angeles, CA 90071-3420
T (213) 929-2635

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **GREEN BUILDING INITIATIVE, INC.**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**GREEN GLOBE INTERNATIONAL, INC.**, a Delaware corporation; **STEVEN R. PEACOCK**, an individual residing in California; **GREEN GLOBE LIMITED**, a company of the United Kingdom; **GREEN CERTIFICATIONS, INC.**, a California corporation; and, DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00298-SI<br><br>**DECLARATION OF DAVID A. BERNSTEIN** |

Page 1   DECLARATION OF DAVID A. BERNSTEIN

I, David A. Bernstein, declare as follows:

1.      I am over the age of 18 and competent to testify as follows. I am one of the attorneys for plaintiff Green Building Initiative, Inc. ("GBI"). I make this declaration based on my personal knowledge and in support of the response to the Order to Show Cause (ECF 87).

2.      I am a senior associate attorney in Buchalter's Portland office. I have ten-years' experience and have worked for Buchalter for just over two years. I was tasked with researching, drafting and filing the Reply brief filed on behalf of GBI in this case.

3.      In preparing the Reply brief, I performed legal research on Westlaw for authorities supporting arguments set forth in the brief. I included some of those authorities I found on Westlaw into the brief.

4.      In generating the Reply brief, I also used Microsoft's Copilot for its editing functions in an effort to review and improve the draft document by fixing grammar, spelling, and improving badly phrased sentences. To be clear: I did not use Copilot for research nor would I use generative artificial intelligence for legal research since I am aware of generative AI's potential for "hallucination." Because I am concerned about client privacy, I cut and paste only the portions that did not contain any client information from the Word document into Copilot, and then I pasted Copilot's revisions back into the document.

5.      Not by way of excuse, but rather explanation of context, unfortunately, I was in a rush to complete the initial draft of the Reply brief because I was traveling to the east coast related to a terminal illness in my family, and I failed to pay close enough attention to the details of what I was doing when I was drafting the brief. I entered a prompt into Copilot to instruct it to improve the writing in the brief, and merely expected Copilot to refine my writing; I never expected Copilot to insert any case citations, much less hallucinated ones. As such, I did not carefully review the

Page 2   DECLARATION OF DAVID A. BERNSTEIN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

Reply as revised by Copilot, and therefore, I did not recognize that Copilot inserted two hallucinated citations, especially since *Page v. Parsons* is an Oregon Court of Appeals decision frequently cited in anti-SLAPP cases. I made a terrible error in not doing so before filing the document.

6. Prior to the ruling from this Court on October 27, 2025, I did not inform my supervisor, Daniel Larsen, any other Buchalter attorney, our co-counsel, Tom Speiss, any other Snell & Wilmer attorney, or our client GBI, that I was using generative artificial intelligence. Nor did any attorney permit or instruct me to use generative artificial intelligence on this case.

7. Other than experimenting with Westlaw's generative artificial intelligence research tool, I have never intentionally used generative artificial intelligence to perform legal research or drafting. Not only am I aware of the potential for "hallucination," but I am aware of Buchalter's strict policy against using generative artificial intelligence for this purpose, and I have read articles and attended CLEs on this topic. The risks of using AI in the legal profession are the subject of numerous firm-wide communications at Buchalter, in-house CLE courses, and I am aware that it is, perhaps, the most commonly written about and reported issue in the legal field today.

8. This has been a deeply humbling and publicly humiliating experience. While I did not intend to use Copilot for research or drafting purposes, I certainly understand this Court's grave concerns given the recent rise in the number of lawyers misusing AI. I am sincerely apologetic and regretful that I have wasted the Court's time and resources and distracted everyone involved from the case at hand.

9. I wish to extend a heartfelt apology to our co-counsel, Tom Speiss, at Snell & Wilmer, who did not know about my use of generative artificial intelligence.

Page 3   DECLARATION OF DAVID A. BERNSTEIN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191

10. I also would like to stress to the Court that our client, GBI had no knowledge at all that I was using generative artificial intelligence and I plead with the Court to not allow my malfeasance to cause harm to GBI in any way. I am deeply regretful that GBI's name is even associated with my errors.

11. I am committed to being part of the solution. As an initial rehabilitative step, I intend to take additional CLEs on the risks and proper usage of generative artificial intelligence. I also intend to educate other attorneys on the potential unintended consequences of using generative artificial intelligence. Finally, I will ensure that I follow all of Buchalter's policies as well as whatever remedial measures the firm deems appropriate to uphold its standards of excellence.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 10th day of November, 2025.

/s/ David A. Bernstein
David A. Bernstein

Page 4   DECLARATION OF DAVID A. BERNSTEIN

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Telephone: 503.226.1191